UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>JESUS HERNANDEZ-HERNANDEZ,<br>    Defendant. | CIVIL NO. 97-2315(PG)<br>CRIM. NO. 95-420(PG) |

### J U D G M E N T

On April 17, 2000 the Court entered an Order approving and adopting the U.S. Magistrate Judge's report and recommendation that Jesús Hernández Hernández be resentenced. The resentencing hearing was held and an amended judgment was entered on March 30, 2001 in Criminal Case No. 95-420.

The Court having resentenced defendant in Criminal Case No. 95-420, it is hereby **Ordered and Adjudged** that judgment is hereby entered **DISMISSING** the case.

**IT IS SO ORDERED.**

San Juan Puerto Rico, _April 24_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)